# LAWRENCE M. FISHER
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

**MEMO ENDORSED**

April 1, 2020

Honorable Judge Kenneth M. Karas
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

***VIA ECF***          Re:   United States v. Spyros Panos
                             18 cr 581 (KMK)

Dear Judge Karas:

Pursuant to the Court's instruction, I write to advise that the defendant has chosen to represent himself in his upcoming trial with me to stay on as his legal advisor.

Accordingly, it is respectfully requested that the Court schedule a date for a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975).

Respectfully Submitted,
/S/
LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

*The Faretta hearing will be May 11, 2020, at 10:30*

*So Ordered.*
*[signature] KMK*
*4/3/20*

cc: AUSA Margery Feinzig
    & AUSA Lindsey Keenan