UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

18cr581
19cr772

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

    For the week of May 11, 2020, the Court will hold all criminal proceedings by telephone.

To access the teleconference, please use the following information:

    Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

    Please enter the conference as a guest by pressing the pound sign (#).

    Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:  May 8, 2020
          White Plains, New York

                                              KENNETH M. KARAS
                                              United States District Judge