**LAWRENCE M. FISHER**
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

August 15, 2020

Honorable Judge Kenneth M. Karas
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

***VIA ECF***               Re:   United States v. Spyros Panos
                                  18 cr 581 (KMK)

Dear Judge Karas:

    I represent the above-named defendant who is currently at liberty on a $1,000,000.00 PRB, with home confinement and electronic monitoring and travel restricted to the SDNY and EDNY.

    I write to seek modification of the bail conditions to permit the defendant to travel to the Northern District of NY on August 22, 2020 specifically to SUNY Binghamton to move his daughter into college.

    I have discussed this matter with AUSA Lindsay Keenan and US Pre-trial Officer Leo Barrios who both join in and consent to said request.

Respectfully Submitted,
/S/
LAWRENCE M. FISHER, ESQ.
Attorney for Defendant

cc: A.U.S.A. Lindsey Keenan
    Pre-trial Off. Leo Barrios

Granted.

So Ordered.

[signature]

8/17/20