UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

SPYROS PANOS,

                Defendant.

Case No. 18-CR-581 (KMK)

SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

    Jury selection and trial will begin on November 2, 2020 at 10:00 A.M. For the reasons stated on the record, time is excluded under the Speedy Trial Act until then.

    The Government's exhibits shall be submitted no later than October 2, 2020. Defendant's motions in limine to exclude evidence shall be submitted no later than October 16, 2020. The Government's Response to any motions in limine and its Reply regarding any Rule 404(b) motion shall be submitted no later than October 23, 2020.

    Proposed voir dire and the Request to Charge shall be submitted by October 9, 2020.

    All 3500 material shall be submitted no later than October 19, 2020.

    Counsel are reminded that all motions and formal submissions to the Court should be filed electronically on ECF, with one courtesy copy to be sent to the Court at the time that papers are served upon opposing counsel.

    The final pretrial conference will be held on October 29, 2020 at 10:00 A.M.

SO ORDERED.

Dated:    September 22, 2020
           White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE