UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

SPYROS PANOS,

Defendant.

Case No. 18-CR-581 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    For reasons to be stated on the record at the final pretrial conference, the Government's Motion for the Admission of Evidence Under Rule 404(b), (*see* Dkt. No. 68), is GRANTED.

SO ORDERED.

Dated:    October 21, 2020
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE