**LAWRENCE M. FISHER**
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700

MEMO ENDORSED

Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York  10601
***VIA ECF***

October 25, 2020

Re: ***United States v. Spyros Panos***
***18 CR 581 (KMK)***

Dear Judge Karas:

In advance of the rapidly approaching November 2, 2020 trial date in the above-captioned matter, we respectfully request that the Court order the Government to produce a list of the witnesses they intend to call in their case-in-chief. We respectfully submit that that a concrete witness list is needed so that we can adequately and efficiently prepare for trial. We submit that production of said list by October 27th would be sufficient.

Therefore, we respectfully request that the Court order the Government to produce a list of their witnesses by October 27, 2020.

The Government is either to provide the requested list, or explain why it will not by 10/28/20.

So Ordered.

Respectfully Submitted,
_____/s/_____
Lawrence M. Fisher

10/26/20

Cc: AUSA Feinzig & AUSA Keenan