**LAWRENCE M. FISHER**
Attorney at Law
233 Broadway
Suite 2348
New York, NY 10279
(212) 226-5700



Honorable Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
*VIA EMAIL*

November 4, 2020

Re: **<u>United States v. Spyros Panos</u>**
**<u>18 CR 581 (KMK)</u>**

Dear Judge Karas:

As you are aware, on October 29, 2020, after an extensive Curcio hearing, my client, Spyros Panos, pled guilty pursuant to a written plea agreement. Now, my client advises that he no longer wishes to have me represent him as counsel. Mr. Panos respectfully requests that the Court assign him a CJA attorney. My client informs that he cannot afford to hire a new lawyer.

Based upon our confidential attorney-client conversations, I join in my client's request that my representation be terminated and that CJA counsel be assigned immediately.

Accordingly, I respectfully request that I be relieved as counsel and that CJA counsel be appointed.

Application is granted. The Court will appoint CJA Counsel, but asks that Mr. Fisher stay on the case until that lawyer is officially appointed. The Court assumes that Mr. Fisher will ensure a smooth transition to new counsel and thanks Mr. Fisher for his work on this case.

Respectfully Submitted,
/s/
Lawrence M. Fisher

So Ordered.
11/6/20