UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Spyros Panos,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 18 CR 00581 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Daniel Hochheiser, Esq., is to assume representation of the defendant in the above captioned matter as of November 9, 2020. Mr. Hochheiser is appointed pursuant to the Criminal Justice Act. His address is 2 Overhill Road, Suite 400, Scarsdale, NY 10583, phone number (646) 863-4246; Email: dah@hochheiser.com

SO ORDERED

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       November 9, 2020