UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SPYROS PANOS,

Defendant.

Case No. 18-CR-581 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the October 6, 2021 hearing, the Defendant's Motion to Withdraw a Guilty Plea under Federal Rule of Criminal Procedure 11(d)(2)(B), (*see* Dkt. No. 106), is DENIED.

    Sentencing shall take place on January 11, 2022, at 10:00 am.

SO ORDERED.

Dated:    October 19, 2021
             White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE