**MEMO ENDORSED**

# Law Offices of
# *Daniel A. Hochheiser*
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

November 30, 2021

Via ECF
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *U.S. v. Spyros Panos*, 18 Cr. 581 (KMK)
      REQUEST FOR ADJOURNMENT OF SENTENCE

Your Honor:

Sentencing is scheduled for January 11, 2022. The Pre-Sentence Interview (PSI) had been scheduled for today November 30, but has been rescheduled to December 16, 2021, because my client reported Covid-like symptoms including fever. Accordingly, I request an adjournment of sentence to provide for additional time to conduct the PSI, preparation of the Pre-Sentence Report and submissions by counsel. I have conferred with AUSA Margery Feinzig by email. The Government does not object to this request.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

Granted. The sentence will go forward on February 24, 2022 at 2:00 PM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/30/2021