MEMO ENDORSED

## Law Offices of
## Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

March 23, 2022

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *U.S. v. Spyros Panos*, 18 Cr. 581 (KMK)
REQUEST FOR ADJOURNMENT OF SENTENCE

Your Honor:

Panos' requests an adjournment of sentence to a date on or after June 7, 2022. Sentencing is currently scheduled for April 6, 2022. Without an adjournment, the defense sentence memorandum would be due today. I am not prepared to submit the defense sentence memorandum yet because I am still working to obtain materials necessary to prepare an effective and complete sentence memorandum for my client. I have conferred by email with AUSA Margery Feinzig. The Government does **not** take a position on this request. Given Ms. Feinzig's trial schedule and my availability, a sentence date convenient to the Court on or after June 7, 2022 appears to work for all counsel.

Respectfully submitted,

*[signature]*

Daniel A. Hochheiser

Cc: all counsel via ECF

Granted. The sentence will go forward on June 16, 2022 at 11:00 AM

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
3/23/2022