**Law Offices of**
**Daniel A. Hochheiser**
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

MEMO ENDORSED

June 1, 2022

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *U.S. v. Spyros Panos*, 18 Cr. 581 (KMK)
REQUEST FOR ADJOURNMENT OF SENTENCE

Your Honor:

Panos' requests an adjournment of sentence to a date on or after June 30, 2022. Sentencing is currently scheduled for June 16, 2022. Granting this brief adjournment would give counsel two more weeks to submit the defense sentence submission. The defense sentence submission is expected to be completed by June 16, 2022. Without an adjournment, the defense submission would be due tomorrow June 2. I am not prepared to submit the defense sentence submission tomorrow as my client and I are still working to finalize and collect all the exhibits necessary for completion of the submission. I have conferred by phone with AUSA Margery Feinzig and AUSA Lindsey Keenan. The Government objects to this request for an adjournment.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

Granted.
Sentence is adjourned to 7/6/22 at 3:00 p.m.

So Ordered.
6/3/22