MEMO ENDORSED

# Law Offices of
# Daniel A. Hochheiser
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

July 4, 2022

Via ECF and email
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   U.S. v. Spyros Panos, 18 Cr. 581 (KMK)
      REQUEST FOR ADJOURNMENT OF SENTENCE

Your Honor:

Today, I received a copy of a medical note from Sun River Health indicating that my client Panos is quarantined as a result of Covid-19 and "may end quarantine for covid 19 on July 11, 2022 pending return to asymptomatic status." A copy of the note is attached for the Court's review. Accordingly, Panos requests an **adjournment of sentence**, currently scheduled for July 6 at 3p.m., to a date **on or after July 12 2022**.

Granted. Sentence is adjourned until 7/20/22, at 3:00.

So Ordered.
7/4/22

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF

Enclosure