MEMO ENDORSED

**Law Offices of**
***Daniel A. Hochheiser***
Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

July 27, 2022

Via ECF and Email
Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   U.S. v. Spyros Panos, 18 Cr. 581 (KMK)
      **Motion to Be Relieved as Counsel**

Your Honor:

    I request to be relieved as counsel to Spyros Panos. This request is triggered by the Government's July 26, 2022 letter which the Court So Ordered authorizing my client's arrest. The letter alleges that my client "engaged in a scheme to obstruct the proceedings of this Court, in violation of Title 18, United States Code, Section 1512(c)(2), in connection with the defendant's repeated requests to adjourn sentencing" and therefore the Government contends Panos has violated his bail conditions prohibiting him from committing a Federal crime.

    Given my role as the attorney for Panos who filed the requests for adjournments which form the basis for the obstruction allegation, I believe I am now a potential witness and that my interests may conflict with the interest of my client going forward. Additionally, the obstruction allegations have caused a breakdown in the attorney-client relationship.

    I do not think it is in Panos' best interest to have me, who he is alleged to have involved in a Federal obstruction felony, continue to serve as his counsel in litigating the allegations contained in the July 26th letter or to serve as his advocate at sentencing currently scheduled for 9/7/2022.

    Accordingly, I request that counsel free of conflict be assigned to substitute for me as counsel to ensure Panos' due process rights are protected.

The request is granted, out of an abundance of caution and out of respect for the representation that there has been a complete breakdown of the attorney-client relationship. Mr. Hochheiser has the profound gratitude of the Court for his work in this case.
So Ordered.

Respectfully submitted,

*/s/ Daniel A. Hochheiser*

Daniel A. Hochheiser

Cc: AUSA Lindsey Keenan, AUSA Margery Feinzig

7/27/22