# Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

August 24, 2022

**By ECF**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plain, New York 10601

Re:   *United States v. Spyros Panos*, No. 18 Cr. 581 (S.D.N.Y.)

Dear Judge Karas:

I write to respectfully request a forty-five-day adjournment of the September 7, 2022, sentencing hearing of Spyros Panos. The Court appointed me to replace Daniel Hochheiser as Panos's counsel on July 28, 2022. Panos is facing a Guidelines range of 111 to 132 months. Panos and I are still getting to know one another, and further time is needed for me to effectively represent him at sentencing. I am also in the process of reviewing the materials in this case and in the earlier case from this district before Judge Roman. As the Court is aware, the procedural history of this case is labyrinthine, and the process is ongoing. Accordingly, I am respectfully requesting an adjournment of sentencing to a date in mid- to late-October. I have conferred with counsel for the government, and the government has no objection to this application.

Respectfully submitted,

/s/ Ezra Spilke

cc:   All counsel of record, by ECF
      Spyros Panos, by U.S.P.S.

Granted. The sentence will be held on October 18, 2022 at 10:00 AM.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/25/2022