Spyros Panos, Petitioner
Reg. No. 69361-054
FCI Otisville
P.O. Box 1000
Otisville, NY  10963

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

**MEMO ENDORSED**

February 5, 2026

Re: United States v. Spyros Panos
Case No. 18-Cr-00581(KMK)

### THIRD MODIFIED REQUEST
### for
### JUDICIAL CLARIFICATION AND RETRACTION

Dear Judge Karas:

Enclosed is a modified request pursuant to your recent ruling (see Dkt. Nos. 220, 221, 222). Petitioner respectfully requests the following be addressed in prompt fashion:

1) Petitioner respectfully requests that Your Honor RETRACT his MEMO ENDORSEMENT dated September 30, 2025 (Dkt. No. 209) in its entirety since it is not appropriate for public viewing. Among other things, it includes baseless, irresponsible personal attacks which have not been adjudicated in any way and since Petitioner's constitutional right to due process was violated. Your Honor abused discretion and committed clear error since his MEMO ENDORSEMENT was issued without even considering Petitioner's REBUTTAL REPLY BRIEFS (Dkt. Nos. 212 and 213).

-1-

If Your Honor has no intention of RETRACTING this MEMO ENDORSEMENT, then Petitioner wishes to appeal this judicial decision.

Petitioner, Spyros Panos, appeals to the United States Court of Appeals for the Second Circuit from the district court's order refusing to RETRACT the September 30, 2025 MEMO ENDORSEMENT (Dkt. No. 209).

2) Petitioner respectfully requests that the MOTION FOR INTERIM RELEASE PENDING HABEAS PETITION ADJUDICATION (Dkt. No. 201) be given proper adjudication and consideration.

If Your Honor has no intention to properly adjudicate this motion, or issue a motion schedule, then Petitioner wishes to appeal this judicial decision.

Petitioner, Spyros Panos, appeals to the United States Court of Appeals for the Second Circuit from the district court's order refusing to properly adjudicate the August 11, 2025 filed MOTION FOR INTERIM RELEASE PENDING HABEAS PETITION ADJUDICATION (Dkt. No. 201).

Your Honor's prompt attention to these serious issues would be greatly appreciated. Petitioner is respectfully requesting the same level of customer service afforded to the Government.

When the Government makes a request for judicial order and clarification, Your Honor immediately responds on the same day to the Government's requests and immediately genuflects to their requests. However, when Petitioner makes requests for judicial order and clarification he is met with months of delays and unwarranted, misguided vitriol. This is highly improper and does not give any unbiased observer confidence in our judicial process. Also, Your Honor must never lose sight of the fact that the evidence in this case is incontrovertible and fully supports not only Petitioner's

-2-

lack of guilt in the underlying criminal offense, the evidence also clearly and irrefutable supports Petitioner's ABSOLUTE INNOCENCE.

All applications are denied. The Court's decisions in this case have relied solely on the record, applicable legal authority, and facts about which the Court may take judicial notice. As for the habeas corpus petition, the Court will decide it in due course, as there are other petitions that have been pending longer. However, the Court has read the papers and sees no need for release from prison pending resolution of the petition. Mr. Panos's claims of innocence suffer greatly from the fact that he pled guilty, admitting under oath that he was guilty. His innocence claims also are undercut by the fact that this was the second conviction for fraud and the other evidence in the record that overwhelmingly establishes his guilt. They are also undercut by the numerous examples of Mr. Panos submitting falsified documents and/or making false statements in his efforts to gain release from prison.

So Ordered

2/13/26

Respectfully Submitted,

Spyros Panos, Petitioner

-3-

Dear Clerk of Court:

I am currently incarcerated without any
computer or internet access.

Please upload the enclosed three page
letter to PACER/ECF.

*** Request for JUDICIAL ORDER / CLARIFICATION
　　enclosed. In the alternative, NOTICE OF
　　APPEAL ENCLOSED ***

Thank You,
Spyros Panos, Pro Se

RECEIVED
FEB 12 2026
U.S.D.C.
W.P.

*** Please preferably upload this as Docket Document # 225 ***



Spyros Panos
Reg. No. 69361-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

\*\*\* Documents for PACER/ECF
Uploading \*\*\*

\*\*\* Judicial Order Requests
Enclosed \*\*\*

RECEIVED
FEB 12 2026

ATTN: Clerk of Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601