Case No. 18-Cr-00581(KMK)

Dear Clerk of Court:

Enclosed is a MOTION TO RETRACT
(16 total pages).

Please upload to PACER/ECF on my
behalf.

I am currently incarcerated at
FCI Otisville with no computer
or internet access.

Thank You,
Spyros Panos, Petitioner
Pro Se

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK



United States of America,
        Respondent

v.                                              Case No. 18-Cr-00581(KMK)

Spyros Panos,
        Petitioner

MOTION TO RETRACT
MEMO ENDORSEMENT of February 13, 2026
IN ITS ENTIRETY

Denied.  This "Motion" is just a collection of the
some of the unpersuasive arguments Mr. Panos has
been making in his efforts to gain release from
prison after his second conviction (after pleading
guilty) to fraud.  The Clerk is respectfully directed to
mail this document to Mr. Panos.

So Ordered.

3/24/26

Spyros Panos, Petitioner
Reg. No. 69361-054
FCI Otisville
P.O. Box 1000
Otisville, NY  10963